PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendants
CITY OF GRASS VALLEY; CHRISTOPHER ROBERDS

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD VICTOR COLOMBINI

Plaintiff,

v.

CITY OF GRASS VALLEY; COUNTY OF NEVADA; CHRISTOPHER ROBERDS, in his individual capacity; and DOES 1–20, inclusive;

Defendants.

Case No. 2:26-cv-02790-CSK

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE DISMISSAL OF PLAINTIFF'S THIRD CLAIM FOR RELIEF**

HON. CHI SOO KIM

Plaintiff Richard Victor Colombini ("Plaintiff") and Defendant City of Grass Valley ("City"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff's Complaint alleges a Third Claim for Relief under 42 U.S.C. § 1983 for Monell liability against the City of Grass Valley;

WHEREAS, following meet and confer, the parties have agreed that Plaintiff will dismiss the Third Claim for Relief against the City without prejudice in order to avoid unnecessary motion practice;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff's Third Claim for Relief against Defendant City of Grass Valley is dismissed without prejudice.

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

2. The dismissal is limited to Plaintiff's Third Claim for Relief against the City of Grass Valley and does not affect Plaintiff's remaining claims or any other defendant.
3. The dismissal is without any admission as to the merits of Plaintiff's Third Claim for Relief.
4. Plaintiff may seek leave to reassert a *Monell* claim against the City based on subsequently discovered facts.
5. If Plaintiff seeks leave to reassert a *Monell* claim based on subsequently discovered facts, the City will not assert a statute-of-limitations defense arising solely from the period following dismissal of the Third Claim for Relief pursuant to this stipulation.
6. The City's existing preservation obligations remain unaffected by this stipulation.

IT IS SO STIPULATED.

Dated: September 16, 2026

CASTILLO, MORIARTY, ROBINSON, LLP

By: */s/ Patrick Moriarty*
PATRICK MORIARTY
JOHN ROBINSON
Attorneys for Defendants
CITY OF GRASS VALLEY; CHRISTOPHER ROBERDS

Dated: September 16, 2026

THE LAW OFFICES OF JAMES L. ARRASMITH

By: */s/ Nanjin Ren*
Nanjin Ren
Attorneys for Plaintiff Richard Victor Colombini

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, Plaintiff's Third Claim for Relief against Defendant City of Grass Valley is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: September 21, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, colo.2790.26